

**Douglas J. Bohn**
Partner
Direct Dial: (516) 357-3879
Facsimile: (516) 296-9155
dbohn@cullenanddykman.com

Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530 - 4850
Telephone (516) 357-3700 | Facsimile (516) 357-3792

November 11, 2019

**VIA ECF**
Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

> Plaintiff's Letter-Motion to adjourn the Settlement Conference (ECF No. 48) is granted. The Settlement Conference is rescheduled to Wednesday, December 4, 2019 at 2:00 pm. The parties are directed to file *Ex Parte* Settlement Letters and Acknowledgment Forms by Wednesday, November 27, 2019. The Clerk of Court is respectfully directed to close ECF No. 48.
>
> SO ORDERED    11/13/19
>
> *[signature]*
> SARAH L. CAVE
> United States Magistrate Judge

Re: *Clifford Mass v. Greg Cohen Promotions, LLC*
Case No.: 18-cv-2239 (GBD)

Dear Judge Cave:

    We represent Plaintiff Clifford Mass in the above captioned matter and write jointly on behalf of all parties to this action to request an adjournment of the upcoming settlement conference scheduled for November 19, 2019.

    This is the first request for adjournment of the settlement conference. The reason for the current request is that both parties have conflicts on November 19, 2019. Due to these conflicts, the parties jointly request that the settlement conference be rescheduled to December 6, 2019, December 9, 2019 or another date which is convenient for the Court. In the event that the Court is unavailable on December 6, 2019 or December 9, 2019, we respectfully request that the settlement conference be rescheduled to a date before the status conference scheduled for December 12, 2019.

    We appreciate the Court's consideration of this request. Should the Court wish to discuss this letter or any aspect of the case, the parties make themselves available at the Court's convenience.

Respectfully submitted,

*[signature]*
Douglas J. Bohn (DJB-4618)

cc: David N. Saponara (via ECF)

*Founded in 1850*

ALBANY     LONG ISLAND     MANHATTAN     NEW JERSEY     WASHINGTON, D.C.