UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLIFFORD S. MASS,

                        Plaintiff,

against

GREG COHEN PROMOTIONS, LLC and GREGORY D. COHEN,

                        Defendants.

CIVIL ACTION NO.: 18 Civ. 2239 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Telephone Conference scheduled for **Tuesday, March 31, 2020 at 11:00 am is rescheduled to 10:30 am on the same date**. At the above date and time, Plaintiff's counsel is directed to call Chambers at (212) 805-0214 with all parties on the line. All counsel who intend to speak during the call must use a landline or phone with equivalent quality. On receipt of this order, each party is directed to ensure that all other parties on the case are aware of the conference date and time.

Dated:    New York, New York
           March 5, 2020

                                        SO ORDERED

                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**