

Attorneys at law

David N. Saponara
Direct: (212) 868-1887
dsaponara@kudmanlaw.com

June 2, 2020

**VIA ECF ONLY**
Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18A
New York, New York 10007

> Defendant Greg Cohen Promotions LLC's Letter-Motion for an adjournment (ECF No. 68) is GRANTED.  The Telephone Conference scheduled for June 9, 2020 is adjourned to **Monday, June 15, 2020, at 11:00 am**.  The Clerk of Court is respectfully directed to close ECF No. 68.
>
> SO-ORDERED 6/3/2020
>
> SARAH L. CAVE
> United States Magistrate Judge

Re:   *Clifford S. Mass v. Greg Cohen Promotions LLC*
      Case No. 1:18-cv-02239-GBD

Dear Judge Cave:

Our firm represents defendant Greg Cohen Promotions LLC in the above-referenced matter. I write today pursuant to the Court's Individual Practices I(A) and I(D) to request that the Court reschedule the telephonic status conference that it recently scheduled for June 9, 2020, at 11:00 a.m. (ECF No. 67). The reason for the request is that I am scheduled to participate in a telephonic hearing in a large chapter 11 bankruptcy case beginning at 10:00 a.m. that same morning, and I suspect that hearing will go beyond the 11:00 a.m. start time for the status conference in this case. This is defendant's first request to reschedule this telephonic status conference. Plaintiff's counsel consents to the request.

Counsel for the parties have conferred, and they are both available for a rescheduled status conference except during the morning on June 8 and the afternoon on June 15 and 17.

We appreciate the Court's consideration of this request. Should you require anything further, please do not hesitate to contact me directly.

Respectfully submitted,

David N. Saponara

cc:   Douglas J. Bohn, Esq. (via ECF)