UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLIFFORD S. MASS,

                    Plaintiff,

against

GREG COHEN PROMOTIONS, LLC and GREGORY D. COHEN,

                    Defendants.

CIVIL ACTION NO.: 18 Civ. 2239 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

       On October 19, 2020, counsel for nonparty David Schuster wrote to the Court (ECF No. 78)[1] requesting an extension until October 28, 2020, to respond to Plaintiff's Letter Motion to Compel (ECF No. 76). The extension request was granted (ECF No. 79) and the Court rescheduled its Telephone Status Conference to Monday, November 2, 2020 at 2:00 pm (ECF No. 80).

       Counsel for Mr. Schuster has not filed (or otherwise submitted to the Court) his response. Accordingly, **by 5:00 pm tomorrow**, **Friday, October 30, 2020**, Counsel for Mr. Schuster shall file either a letter response to ECF No. 76, or, if the dispute has been rendered moot (see ECF No. 78), a status report.

       Counsel for Plaintiff and Defendants shall each, upon receipt of this order, send a copy of this order by email to counsel for Mr. Schuster.

---

[1] This submission was sent to the Court via email and then docketed on October 20, 2020.

The upcoming Telephone Status Conference will proceed as scheduled.

Dated:	New York, New York
	October 29, 2020

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**

2