UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLIFFORD S. MASS,

                Plaintiff,

against

GREG COHEN PROMOTIONS, LLC and GREGORY D. COHEN,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 2239 (GBD) (SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Court held a Telephone Conference today, November 2, 2020 regarding the status of discovery. The parties reported that the deposition of nonparty David Schuster, which was the subject of a pending Letter-Motion to Compel (ECF No. 76), has taken place. That Motion is accordingly DENIED as moot.

A Telephone Status Conference is scheduled for **Friday, December 11, 2020 at 3:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 76.

Dated:     New York, New York
              November 2, 2020

                                          SO ORDERED

                                          */s/ Sarah L. Cave*
                                          **SARAH L. CAVE**
                                          **United States Magistrate Judge**