UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLIFFORD S. MASS,

                     Plaintiff,

     -v-

GREG COHEN PROMOTIONS, LLC AND GREGORY
D. COHEN,

                     Defendants.

CIVIL ACTION NO.: 18 Civ. 2239 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

      On September 13, 2021, the Court ordered the parties to direct their anticipated <u>Daubert</u>

Motion & Motion for Partial Summary Judgment to the Honorable George B. Daniels.  It appears

that the parties have not done so, nor have they filed a Joint Pretrial Order to Judge Daniels.  By

**Tuesday, February 1, 2022**, the parties shall file a joint letter directed to Judge Daniels concerning

the next steps in this litigation.

Dated:      New York, New York
             January 25, 2022

                           SO ORDERED.

                           SARAH L. CAVE
                           **United States Magistrate Judge**