UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

CLIFFORD S. MASS,

                      Plaintiff,

  -against-

                                                 ORDER

                                                 18 Civ. 2239-GBD

GREG COHEN PROMOTIONS, LLC and
GREGORY D. COHEN,

                    Defendants.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    The Court will hear oral arguments in this case on pending motions for summary judgment, (ECF Nos. 93, 98), on December 6, 2023 at 10:30 am.

Dated: September 6, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE