UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
CLIFFORD S. MASS,

                      Plaintiff,

   -against-

                                          ORDER

                                          18 Civ. 2239-GBD

GREG COHEN PROMOTIONS, LLC and
GREGORY D. COHEN,

                      Defendants.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

    The December 6, 2022 oral argument on the motions for summary judgment is adjourned until December 14, 2022 at 10:30 a.m.

Dated: November 29, 2022
       New York, New York

                                        SO ORDERED.

                                        *George B. Daniels*
                                        GEORGE B. DANIELS
                                        UNITED STATES DISTRICT JUDGE