UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

CLIFFORD S. MASS,

                     Plaintiff,

    -against-

                                    ORDER

GREG COHEN PROMOTIONS LLC and        18 Civ. 2239 (GBD) (SLC)
GREGORY D. COHEN,

                    Defendants.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    All counsel in the above-captioned case are directed to appear before this Court on December 5, 2023 at 9:45 a.m. for a status conference.

Dated: New York, New York
         September 28, 2023

SO ORDERED:

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge