UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

CLIFFORD S. MASS,

               Plaintiff,

-against-

GREG COHEN PROMOTIONS LLC and
GREGORY D. COHEN,

               Defendants.

------------------------------------- x

ORDER

18 Civ. 2239 (GBD) (SLC)

GEORGE B. DANIELS, United States District Judge:

    The status conference scheduled for January 10, 2024 at 9:45 a.m. is adjourned to January 18, 2024 at 9:45 a.m.

Dated: New York, New York
       January 4, 2024

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge