UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

CLIFFORD S. MASS,

                        Plaintiff,

-against-

GREG COHEN PROMOTIONS LLC, and
GREGORY D. COHEN,

                      Defendants.

------------------------------------- x

ORDER

18 Civ. 2239 (GBD) (SLC)

GEORGE B. DANIELS, United States District Judge:

      This Court having been advised that the parties have reached a settlement in principle (*see* ECF No. 126), the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order, and without prejudice to allowing the parties to submit a consent judgment.

Dated:  April 16, 2024
         New York, New York

                                                  SO ORDERED.

                                                  GEORGE B. DANIELS
                                                  United States District Judge