

Cullen and Dykman LLP
333 Earle Ovington Blvd., 2nd Floor
Uniondale, NY 11553
T: 516.357.3700
F: 516.357.3792

**Douglas J. Bohn**
Partner
Direct Dial: (516) 357-3879
dbohnn@cullenllp.com

May 10, 2024

**VIA ECF**
Honorable George B. Daniels
United States Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     **Clifford Mass v. Greg Cohen Promotions, LLC**
          **Case No.: 18-cv-2239 (GBD)**

Dear Judge Daniels:

We represent Plaintiff Clifford Mass in the above captioned matter and write on behalf of all Parties.  The Parties have settled this matter and exchanged relevant documentation. In connection with the Parties' resolution of this matter, it is respectfully requested that the Court execute and "So Order" the attached Judgment.

We thank the Court for its attention throughout this case.  Should the Court need to discuss this matter further, please do not hesitate to contact the undersigned.

Respectfully submitted,

*Douglas J. Bohn*
Douglas J. Bohn (DJB-4618)

cc:     David N. Saponara *(VIA ECF)*

FOUNDED 1850

**NEW YORK    NEW JERSEY    WASHINGTON DC**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLIFFORD S. MASS,

                                          Plaintiff,

                    -against-

GREG COHEN PROMOTIONS LLC and
GREGORY D. COHEN,

                                          Defendants.

Case No. 1:18-cv-02239-GBD

**JUDGMENT**

Plaintiff Clifford S. Mass and defendants Greg Cohen Promotions LLC, having agreed to a settlement of this action and having consented to the entry of this Judgment without trial, adjudication of any issue of fact or law, or appeal, it is hereby ORDERED, ADJUDGED, and DECREED that:

1.     Plaintiff Clifford S. Mass have judgment against defendant Greg Cohen Promotions LLC in the amount of $400,000.00, without any prejudgment interest or award of costs and disbursements.

2.     Any and all claims that were or could have been asserted in this action by plaintiff Clifford S. Mass against defendant Gregory D. Cohen individually, including relating to the Investment Agreement, plaintiff Clifford S. Mass's former employment with defendant Greg Cohen Promotions LLC, and the alleged loan by plaintiff Clifford S. Mass, as described in the complaint in this action, are hereby dismissed with prejudice.

3.     The parties hereto waive any right to appeal from this Judgment and any right to challenge it in any way.

SO ORDERED this ___ day of _____, 2024

_____
Hon. George B. Daniels
United States District Judge