UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLIFFORD S. MASS,

                        Plaintiff,

-against-

GREG COHEN PROMOTIONS LLC and
GREGORY D. COHEN,

                        Defendants.

Case No. 1:18-cv-02239-GBD

**JUDGMENT**

      Plaintiff Clifford S. Mass and defendants Greg Cohen Promotions LLC, having agreed to a settlement of this action and having consented to the entry of this Judgment without trial, adjudication of any issue of fact or law, or appeal, it is hereby ORDERED, ADJUDGED, and DECREED that:

      1.    Plaintiff Clifford S. Mass have judgment against defendant Greg Cohen Promotions LLC in the amount of $400,000.00, without any prejudgment interest or award of costs and disbursements.

      2.    Any and all claims that were or could have been asserted in this action by plaintiff Clifford S. Mass against defendant Gregory D. Cohen individually, including relating to the Investment Agreement, plaintiff Clifford S. Mass's former employment with defendant Greg Cohen Promotions LLC, and the alleged loan by plaintiff Clifford S. Mass, as described in the complaint in this action, are hereby dismissed with prejudice.

      3.    The parties hereto waive any right to appeal from this Judgment and any right to challenge it in any way.

                                      SO ORDERED this \_\_\_ day of _____, 2024

                                      _____
                                      Hon. George B. Daniels
                                      United States District Judge